Argued and submitted April 5, 2016, affirmed July 12, 2017

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DIANE RENEE SMITH,
*Defendant-Appellant.*

Clackamas County Circuit Court
CR1201736; A157889

397 P3d 567

William Uhle argued the cause for appellant. With him on the brief was Thuemmel, Uhle & Eder.

Joanna L. Jenkins, Assistant Attorney General, argued the cause for respondent. With her on the brief were Ellen F. Rosenblum, Attorney General, and Paul L. Smith, Deputy Solicitor General.

Before Tookey, Presiding Judge, and DeHoog, Judge, and Sercombe, Senior Judge.

PER CURIAM

Affirmed. *State v. Banks*, 286 Or App 718, 401 P3d 1234 (2017).